Eric D. Houser, SBN 130079
Jeffrey S. Allison, SBN 173620
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California  92618
Phone: (949) 679-1111
Fax: (949) 679-1112

Attorneys for Defendants OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET BACKED CERTIFICATES, SERIES 2006-OPT5, erroneously sued herein as DEUTSCHE BANK NATIONAL TRUST COMPANY; and POWER DEFAULT SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REY TABONES AND FELOMENA TABONES,<br><br>    Plaintiffs,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; OCWEN LOAN SERVICING, LLC; POWER DEFAULT SERVICES, INC.; and DOES 1-100, INCLUSIVE;<br><br>    Defendants | CASE NO.: 3:13-cv-05225-WHO<br><br>HON. WILLIAM H. ORRICK<br><br>**ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC:   February 18, 2014<br>Time:   2:00 p.m.<br>Ctrm:   2 |

Pursuant to the parties Stipulation to Continue Case Management Conference presently scheduled for February 18, 2014 at 2:00 p.m. in Courtroom 2 and good cause appearing,

**IT IS HEREBY ORDERED** that the Case Management Conference is continued to April 8, 2014 at 2:00 p.m. in Courtroom 2 of the above Court.  The parties shall file a joint case management conference statement no less than seven days prior to the continued case

management conference pursuant to the Court's prior Case Management Conference Order [Docket # 17].

DATED:  December 11, 2013

_____
HON. WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE