UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REY TABONES, et al.,

    Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,

    Defendants.

Case No. 13-cv-05225-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 30

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed WITH PREJUDICE. The Clerk shall close the case.

Dated: April 14, 2014

_____
WILLIAM H. ORRICK
United States District Judge